NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-7062

APOLINARIA M. MAURICIO,

Claimant-Appellant,

v.

ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims
in 07-1852, Judge John J. Farley, III.

ON MOTION

ORDER

Upon consideration of the Secretary of Veterans Affairs' motion for an extension of time, until June 17, 2009, to file its informal brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

__JUN 23 2009__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

cc:   Apolinaria M. Mauricio
      Leslie Cayer Ohta, Esq.

s8

JUN 23 2009

JAN HORBALY
CLERK